IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRIZ JIMENEZ ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-1066 |
| ROSENBAUM-CUNNINGHAM, INC. | : | |
| ET AL. | : | |

**O R D E R**

**AND NOW**, this   9th   day of September, 2010, upon consideration of Plaintiffs' Amended Omnibus Memorandum Setting Forth Their Claimed Damages (ECF No. 105) and all documents submitted in support thereof, and in accordance with our Order dated March 31, 2010, which caused default judgment to be entered in favor of Plaintiffs and against Defendants Rosenbaum-Cunningham, Inc. ("RCI"), Christina Flocken, and Edward Cunningham, it is hereby **ORDERED** that:

1. Judgment in the amount of $824.00 is entered in favor of Plaintiff Antonio Acosta Ledesma (a.k.a. Antonio Acosta) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $412.00 in unpaid wages and "an additional equal amount as liquidated damages," imposed under the Fair Labor Standards Act ("FLSA").  *See* 29 U.S.C. 216(b).

2. Judgment in the amount of $26,507.20 is entered in favor of Plaintiff Brenda Araceli Bravo (a.k.a. Brenda Bravo) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $13,253.60 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal

amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

3. Judgment in the amount of $35,866.40 is entered in favor of Plaintiff Eusebio Castillo Carbajal and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $17,933.20 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

4. Judgment in the amount of $824.00 is entered in favor of Plaintiff Cecelia Angelica. De La Pena Martinez (a.k.a. Cecelia A. De La Pena) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $412.00 in unpaid wages and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

5. Judgment in the amount of $100,220.48 is entered in favor of Plaintiff Gilberto Martinez Garcia and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $50,110.24 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

6. Judgment in the amount of $100,220.48 is entered in favor of Plaintiff Homero Martinez Garcia and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $50,110.24 in unpaid wages and unpaid overtime compensation, less a prior settlement

recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

7. Judgment in the amount of $104,220.48 is entered in favor of Plaintiff Miguel Martinez Garcia and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $52,110.24 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

8. Judgment in the amount of $35,207.04 is entered in favor of Plaintiff Raul Juarez Gonzales and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $17,603.52 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

9. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Beatriz Jimenez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

10. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Dora Martinez Lopez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64 in unpaid wages and unpaid overtime compensation, less a prior settlement

recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

11. Judgment in the amount of $100,220.48 is entered in favor of Plaintiff Evandro Velasco Lopez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $50,110.24 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

12. Judgment in the amount of $43,025.18 is entered in favor of Plaintiff Exiquia Lopez Medrano (a.k.a. Exiquia Lopez) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $21,512.59 in unpaid overtime compensation and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

13. Judgment in the amount of $66,807.28 is entered in favor of Plaintiff Gloria Velasco Lopez (a.k.a. Gloria Maricela Velasco Lopez) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $33,403.64 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

14. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Ivan Velasco Lopez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64

       in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

15. Judgment in the amount of $100,220.48 is entered in favor of Plaintiff Miguel Martinez Lopez (a.k.a. Miguel Antonio Martinez Lopez) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $50,110.24 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

16. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Omar Martinez Lopez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

17. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Rosalba Lopez Perez and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

18. Judgment in the amount of $75,546.32 is entered in favor of Plaintiff Fabian Romero Vargas and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $37,773.16 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

19. Judgment in the amount of $26,507.20 is entered in favor of Plaintiff German Uriarte (a.k.a. German Uriarte Quinones) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $13,253.60 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

20. Judgment in the amount of $62,807.28 is entered in favor of Plaintiff Jose Martinez Velasco (a.k.a. Jose Martinez Garcia Velasco) and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents $31,403.64 in unpaid wages and unpaid overtime compensation, less a prior settlement recovery from a former defendant, and "an additional equal amount as liquidated damages," imposed under the FLSA.  *See* 29 U.S.C. 216(b).

21. Judgment in the amount of $86,781.60 is entered in favor of Plaintiff Victor Manuel Reyes Vanegas and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally.  This judgment amount represents

$43,390.80 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA. *See* 29 U.S.C. 216(b).

22. Judgment in the amount of $44,074.86 is entered in favor of Plaintiff Jose Luis Gonzales Arriaga and against Defendants RCI, Christina Flocken, and Edward Cunningham, jointly and severally. This judgment amount represents $22,037.43 in unpaid wages and unpaid overtime compensation, and "an additional equal amount as liquidated damages," imposed under the FLSA. *See* 29 U.S.C. 216(b).[1]

**IT IS SO ORDERED.**

                              **BY THE COURT:**

                              **R. BARCLAY SURRICK, J.**

---

[1] The total amount of the judgments entered in favor of Plaintiffs and against Defendants RCI, Christina Flocken, and Edward Cunningham is $1,323,917.16.